IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| JACKSON CONTRACTOR GROUP, INC., | CV 18–186–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| AMTRUST INTERNATIONAL UNDERWRITERS, LTD., | |
| Defendant. | |

Defendant AmTrust International Underwriters, Ltd. moves for the admission of Rostyslaw J. Smyk to practice before this Court in this case with Robert M. Carlson and Clark Hensley to act as local counsel. Mr. Smyk's application appears to be in order.

Accordingly, IT IS ORDERED that AmTrust International Underwriters, Ltd.'s motion to admit Rostyslaw J. Smyk *pro hac vice* (Doc. 12) is GRANTED on the condition that Mr. Smyk shall do his own work. This means that Mr. Smyk must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Smyk, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 14th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court