IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
SEP 09 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| JACKSON CONTRACTOR GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMTRUST INTERNATIONAL UNDERWRITERS, LTD.,<br><br>Defendant. | CV 18–186–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 9th day of September, 2019.

Donald W. Molloy, District Judge
United States District Court